```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY EVANS,<br><br>         Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P.<br>and ASTRAZENECA, L.P.,<br><br>         Defendants. | CASE NO. C 06 0669 JL<br><br>Before the Honorable James Larson<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:  May 3, 2006<br>Conference Time:  10:30 a.m.<br>Location:  Courtroom F, 15th Floor<br>                  San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 3, 2006 Case Management Conference ("CMC") to August 2, 2006, at 10:30 a.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: May 2, 2006

_____
Honorable [signature: James Larson]
United [stamp: IT IS SO ORDERED / Judge James Larson]